**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BRANDON CORRAL,** individually and on behalf of similarly situated persons,

Plaintiff,

**v.**

**T&T ENERGY SERVICES LLC,**

Defendant.

CASE NO. 2:26-cv-00567-DLM-KRS

**ORDER GRANTING DOC. 17 STIPULATED JOINT MOTION TO STAY**

This matter is before the Court on the Joint Status Report and Stipulated Joint Motion to Stay, filed by Plaintiff Brandon Corral and Defendant T&T Energy Services LLC ("Motion"). (Doc. 17). Finding good cause and noting the agreement of the parties, the Court GRANTS the Motion, and ORDERS as follows:

1. To facilitate the parties' ongoing settlement discussions, and in anticipation of a final resolution and dismissal of this matter on or before August 31, 2026, the Court vacates all deadlines, including but not limited to Defendant T&T Energy Services, LLC's responsive pleading deadline to Plaintiff's Original Complaint (Doc. 1), and finds good cause pursuant to Fed. R. Civ. P. 16 to continue to delay holding a scheduling conference and entering a scheduling order while the parties confer over settlement.

2. The parties shall jointly file either dismissal papers or another report regarding the status of settlement on or before August 31, 2026.

3. If the parties have not filed dismissal papers by August 31, 2026, and the Court's good cause to delay finding is not extended beyond that date, Defendant T&T Energy Services, LLC shall file its responsive pleading to Plaintiff's Original Complaint within fourteen days thereafter unless an extension beyond fourteen days is sought by the filing of a motion. The Parties

will also submit a proposed scheduling order and the results of any Rule 26(f) Conference to the Court within fourteen days of Defendant T&T Energy Services, LLC's responsive pleading being filed.

IT IS SO ORDERED this 11th day of August, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE